GREGG, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1903.) Action by Levi S. Gregg against

the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment of County Court reversed, with costs. Held, that the right of action, if any exists, accrued to the daughter, and not to the plaintiff.